# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

TRATON NEWS, LLC,

      Plaintiff,

-vs-

TRATON CORP., et. al.,

      Defendant.

Case No. 3:11-cv-435

District Judge Walter Herbert Rice
Magistrate Judge Michael J. Newman

## ORDER OF REFERENCE

Upon unanimous consent of the parties, memorialized in their Fed. R. Civ. P. 26(f) Report (Doc. No. 13), and pursuant to 28 U.S.C. §636(c), the above-captioned action is hereby referred to United States Magistrate Judge Michael J. Newman for all further proceedings herein, including trial, the entry of judgment, and all post-trial proceedings.

February 17, 2012

                                        Walter Herbert Rice
                                        United States District Judge