IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

TRATON NEWS, LLC,

        Plaintiff,

    -vs-

TRATON CORPORATION, *et al.*,

        Defendants.

:    Case No. 3:11-cv-435

:    Magistrate Judge Michael J. Newman
     (consent case)

:

## ORDER

The Court held a telephone conference with the parties today, February 22, 2012. Defendants' motion to dismiss, filed February 6, 2012, is currently pending before the Court (doc. 9). During the telephone conference, Plaintiff's counsel advised the Court that he intended to file an Amended Complaint no later than February 27, 2012.

Following Plaintiff's filing of the Amended Complaint, the Court and parties will reconvene to discuss the calendar under which the case shall proceed, as well as the status of the motion to dismiss.

Accordingly, briefing on the motion to dismiss and all discovery are **STAYED** in the interim.

**IT IS SO ORDERED.**

February 22, 2012                                           s/ **Michael J. Newman**
                                                                        United States Magistrate Judge