**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

TRATON NEWS, LLC,

      Plaintiff,      :      Case No. 3:11-cv-435

  -vs-

                                    Magistrate Judge Michael J. Newman

TRATON CORPORATION, *et al*.

      Defendants.      :

---

**ORDER**

---

The parties' joint, unopposed motion (doc. 21) is **GRANTED**. The Court, therefore, **ORDERS** as follows:

1. In light of the filing of Plaintiff's Amended Complaint on February 24, 2012 (doc. 17), Defendants' motion to dismiss filed February 6, 2012 (doc. 9) is moot, and is deemed to be **withdrawn by Defendants without prejudice to renewal;** and

2. All Defendants, including newly added Defendant mRELEVANCE, LLC, shall have until **April 2, 2012** to answer, move, or otherwise plead in response to the Amended Complaint.

The Court will hold a scheduling conference pursuant to Fed. R. Civ. P. 16 by telephone at **10:00 a.m. on Wednesday, April 4, 2012.** As a Rule 26(f) Report of the Parties was previously filed

on February 14, 2012 (doc. 13), the parties need not file a second Rule 26(f) Report before the April 4, 2012 telephone conference.

All parties will be contacted through their counsel at the telephone numbers listed in the docket sheet.  If counsel would like to be reached at an alternate telephone number, counsel should notify Gayle Hays (937-512-1640).

**IT IS SO ORDERED.**

March 13, 2012                          s/**Michael J. Newman**
United States Magistrate Judge